PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 NOV -7 PM 3: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U. S. A. vs. Patricia Ann Martin        Docket No. 2:00CR20205-001

### Petition on Probation and Supervised Release

   **COMES NOW** Brenda L. Carpten, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Patricia Ann Martin who was placed on supervision by the Honorable Bernice B. Donald sitting in the Court at Memphis, TN on the 2nd day of April, 2001, who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall pay restitution in the amount of $73,486.08 (Balance: $70,486.08).
2. The defendant shall seek and maintain employment.
3. The defendant shall make full financial disclosure.
4. The defendant shall make no attempt to obtain credit in excess of $500.00 without prior authorization.

\*    Supervised Release begin on November 22, 2002.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Patricia Ann Martin has made restitution payments in the amount of One Hundred Dollars ($100.00) per month on a consistent basis. It is felt that she has paid to the best of her ability. She has paid a total of Three Thousand Dollars ($3,000.00) toward restitution. Ms. Martin signed a Payment Agreement with the United States Attorney's Office/Financial Litigation Unit wherein she has agreed to continue paying One Hundred Dollars ($100.00) per month until her restitution balance is paid in full.

**PRAYING THAT THE COURT WILL ORDER** that Patricia Ann Martin's supervision be allowed to terminate as scheduled on November 21, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 8th day of November, 20 05 and ordered filed and made a part of the records in the above case. <br><br> _____ <br> United States District Judge | Brenda L. Carpten <br> Brenda L. Carpten <br> United States Probation Officer <br><br> Place: Memphis, Tennessee <br><br> Date  October 27, 2005 |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-8-05

135

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 135 in case 2:00-CR-20205 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT